UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA



IN RE:  
PARAMOUNT PAYPHONES INC.

CASE NO. 98-15744-8C7  
CHAPTER 7

DEBTOR(S)/

## NOTICE OF TRUSTEE'S AMENDED INTERIM FINAL REPORT OF ESTATE, APPLICATIONS FOR COMPENSATION AND NOTICE OF INTERIM DISTRIBUTION

PLEASE TAKE NOTICE THAT SUSAN WOODARD, Trustee of the above-styled estate, has filed a Trustee's Amended Interim Final Report of Estate. This report does not contain trustee's professionals' fee applications.

| | |
|---|---:|
| The Final Report shows receipts of | $2,248,717.15 |
| and approved disbursements of | $702,593.08 |
| leaving a balance of | $1,546,124.07 |
| of which there will be a distribution of | $1,100,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Applicant or Reason | Fees | Expenses |
|---|---|---|
| CLERK, ADVERSARY FILING FEE, CLERK, U.S. BANKRUPTCY COURT | $600.00 | $0.00 |

There are no applications for chapter 11 fees and administrative expenses.

There are no allowed secured claims.

There are no priority claims.

Claims of general (unsecured) creditors totaling $13,475,882.72 have been allowed and will be paid pro rata only after all allowed administrative, secured, and priority claims have been paid in full. The general unsecured dividend is anticipated to be 8.62%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | LEVINE, MS. SANDRA | $8,300.00 | $715.51 |
| 2 | WELCH, WILBER L. | $34,231.50 | $2,950.96 |
| 4 | CORNELL, DANIEL R. | $5,200.00 | $448.27 |
| 7 | EVANS, RALPH | $26,040.00 | $2,244.80 |
| 10 | BURNETT, DOROTHY M. | $19,530.00 | $1,683.60 |
| 11 | GROUSE, REBECCA W. | $13,020.00 | $1,122.40 |
| 12 | LIN, MAE S. | $60,000.00 | $5,172.35 |
| 20 | KEOUGH, WILLIAM R. | $51,040.00 | $4,399.95 |
| 21 | LINDEN, GRACE W. | $10,000.00 | $862.06 |
| 23 | COLE, CHARLES | $41,062.00 | $3,539.79 |
| 24 | GUNDERSON, IRENE | $13,020.00 | $1,122.40 |
| 25 | WILLIAMS, DON | $12,000.00 | $1,034.47 |
| 26 | VENTURELLA, ANTHONY | $20,615.86 | $1,777.21 |
| 27 | YI CHUNG SHAO | $13,020.00 | $1,122.40 |
| 29 | GAVREL, ROSE | $23,000.00 | $1,982.74 |
| 30 | GOO, TIN YAU | $10,000.00 | $862.06 |
| 32 | MARTIN, PHYLLIS | $13,440.00 | $1,158.61 |
| 34 | MURPHY, MARY E. | $35,641.40 | $3,072.50 |
| 35 | SANCHEZ, LAURA | $26,040.00 | $2,244.80 |
| 36 | HALL, NANCY D. | $12,000.00 | $1,034.47 |
| 37 | MONTGOMERY, EVELYN | $24,000.00 | $2,068.94 |
| 38 | BENJAMINS, WILLIAM | $18,741.00 | $1,615.58 |
| 39 | MONTGOMERY, MARY K. | $18,000.00 | $1,551.71 |
| 41 | CRAMER FAMILY LIVING | $39,060.00 | $3,367.20 |
| 42 | BAKKER, INNA | $20,000.00 | $1,724.12 |
| 43 | HUFFMAN, ANNA M. | $13,000.00 | $1,120.68 |
| 45 | BJORNDAL, KEITH J. | $20,676.20 | $1,782.41 |
| 46 | GOPAUL, BAMDEO | $7,708.00 | $664.48 |
| 47 | MORROW, ANDREW J. | $78,120.00 | $6,734.40 |
| 48 | CRAWFORD, MR. OR MRS. REID | $6,700.00 | $577.58 |
| 49 | BAILIE, STANLEY | $58,880.50 | $5,075.85 |
| 50 | O'HARE, JOAN A. | $46,000.00 | $3,965.47 |
| 323 | BERQUIST, JOAN | $197,872.27 | $17,057.76 |
| 324 | MOYER, DONALD | $67,486.00 | $5,817.69 |
| 325 | LEE SYMONDS TRUST | $12,000.00 | $1,034.47 |
| 329 | GROSSMAN, FRANK, MR. AND MRS. | $25,000.00 | $2,155.15 |
| 344 | GROVE, GARY L | $13,020.00 | $1,122.40 |
| 345 | LANGFORD, MITCHELL | $169,260.00 | $14,591.21 |
| 346 | LAMKINS, RICHARD M AND BETTY | $32,550.00 | $2,806.00 |
| 347 | LAMBERTE-CAMPOS, ANA MARIA | $13,020.00 | $1,122.40 |
| 348 | KUHL, JEAN | $52,080.00 | $4,489.60 |
| 349 | KRENKE, PATRICIA A | $13,020.00 | $1,122.40 |
| 350 | KOEPKE, JOHN OR ETHEL | $70,000.00 | $6,034.41 |
| 351 | KNIERIM, WILLIAM | $110,670.00 | $9,540.41 |
| 352 | KNIERIM, SUE | $110,670.00 | $9,540.41 |
| 353 | KING, KEITH OR PATRICIA V | $13,020.00 | $1,122.40 |
| 354 | KING, RON | $100,000.00 | $8,620.59 |
| 355 | JAMES, CARLTON M | $52,080.00 | $4,489.60 |
| 356 | JAMES, BERNICE | $6,510.00 | $561.20 |
| 359 | HOOGEVEEN, EDWARD | $13,020.00 | $1,122.40 |

| # | Name | Amount | Fee |
|---|---|---:|---:|
| 360 | HOLLICK, JEFFREY T | $29,625.00 | $2,553.85 |
| 361 | HOLBROOK, JOHN | $91,140.00 | $7,856.80 |
| 362 | HOCH, LARRY OR NANCY | $97,650.00 | $8,418.01 |
| 363 | HESSON, WILLIAM OR HILDA | $130,200.00 | $11,224.01 |
| 364 | HERZOG, MARIE | $71,610.00 | $6,173.20 |
| 365 | HERRING, VONDA | $97,650.00 | $8,418.01 |
| 366 | HERNANDEZ, GEORGE | $13,020.00 | $1,122.40 |
| 367 | HANSEN, ROBERT | $58,590.00 | $5,050.80 |
| 368 | HANSEN, ERNEST B | $26,040.00 | $2,244.80 |
| 369 | HAMM, CHESTER L. | $13,020.00 | $1,122.40 |
| 370 | HAMBY, JOHN W | $19,530.00 | $1,683.60 |
| 371 | HALLETT, PAUL E OR MARILYN S | $50,000.00 | $4,310.29 |
| 372 | HADLOCK, RALPH | $24,000.00 | $2,068.94 |
| 373 | BERK, SUNNY | $15,000.00 | $1,293.09 |
| 374 | BRIDGES, KAREN | $25,000.00 | $2,155.15 |
| 375 | CALDERONE, PHIL | $23,020.00 | $1,984.46 |
| 376 | CLARK, ELMER OR RUBY | $18,300.00 | $1,577.57 |
| 377 | CURTIS, PAMELA | $65,100.00 | $5,612.00 |
| 378 | DIEHLMANN, THOMAS B | $65,100.00 | $5,612.00 |
| 379 | FALANGO, JAMES | $28,300.00 | $2,439.63 |
| 380 | FISHER, AARON H | $25,000.00 | $2,155.15 |
| 381 | JEE, WAN OR CONCHA | $19,530.00 | $1,683.60 |
| 382 | WYRICK, BEVERLEE | $58,590.00 | $5,050.80 |
| 383 | ADLER, JUDITH | $37,150.00 | $3,202.55 |
| 384 | BANNISTER, MILANGROS | $41,210.00 | $3,552.54 |
| 385 | BERK, EVERETT | $9,415.00 | $811.63 |
| 386 | MAZZIE, VINCENT | $20,000.00 | $1,724.12 |
| 387 | MCAULEY, JOHN OR IRENE | $20,000.00 | $1,724.12 |
| 388 | NELSON, RAY OR ROSALIE | $20,000.00 | $1,724.12 |
| 389 | OLIVERI, JOSEPH | $90,000.00 | $7,758.53 |
| 390 | RABINOVITCH, RAPHAEL OR JENNIE | $32,550.00 | $2,806.00 |
| 391 | TOKUN-AGA, SAMUEL | $58,020.00 | $5,001.67 |
| 392 | TRANTHAM, BENJAMIN SR. TRUSTEE | $26,040.00 | $2,244.80 |
| 393 | OSTEEN-WIGGER, MEVELYN | $58,590.00 | $5,050.80 |
| 395 | BILSKEY, PAULA | $13,020.00 | $1,122.40 |
| 396 | KENNEDY, CLIFTON | $32,550.00 | $2,806.00 |
| 397 | BLOUGH, DAVID OR ODESSA | $13,020.00 | $1,122.40 |
| 398 | BOLLINGER, EDNA | $65,100.00 | $5,612.00 |
| 399 | BORKA, ELROY H | $110,670.00 | $9,540.41 |
| 400 | BOSE, ROMEO B | $19,000.00 | $1,637.91 |
| 401 | BRAGER, ATOINETTE | $20,000.00 | $1,724.12 |
| 402 | BUCHANON, LINDELL | $19,530.00 | $1,683.60 |
| 403 | DAWSON, DALE OR PRISCILLA ANN | $117,180.00 | $10,101.61 |
| 404 | ENSOR, RAYMOND L | $45,570.00 | $3,928.40 |
| 405 | EVERETT, MARK | $19,530.00 | $1,683.60 |
| 406 | HARTMAN, JOHN | $13,020.00 | $1,122.40 |
| 407 | KERZNER, HAROLD | $30,000.00 | $2,586.18 |
| 408 | LICHTENFELD, BETTY | $78,100.00 | $6,732.68 |
| 409 | MCCAULEY, GARY | $130,200.00 | $11,224.01 |
| 410 | MYERS, DENNIS G | $13,020.00 | $1,122.40 |
| 411 | MYERS, RACHEL | $13,020.00 | $1,122.40 |
| 412 | SIKORA, ELLEN | $10,000.00 | $862.06 |
| 413 | SKOV, MOGEN | $176,710.00 | $15,233.44 |
| 414 | GRUNDWALD, BRENDA | $10,000.00 | $862.06 |
| 415 | COMBS, OPAL | $15,000.00 | $1,293.09 |
| 416 | COOK, RUFUS | $6,510.00 | $561.20 |

| # | Name | Amount | Fee |
|---|------|--------|-----|
| 417 | CORSIGLIA, LOUIS D | $26,040.00 | $2,244.80 |
| 418 | COSTALES, KATTHRYN S | $32,550.00 | $2,806.00 |
| 419 | COUSINS, CHARLENE | $19,530.00 | $1,683.60 |
| 420 | COX, RUSSELL | $32,550.00 | $2,806.00 |
| 421 | DAHL, RONALD D OR GAIL LESLIE | $19,530.00 | $1,683.60 |
| 422 | DAHLE, OMUND D. | $71,610.00 | $6,173.20 |
| 423 | VILLALOBOS, JESUS | $10,000.00 | $862.06 |
| 424 | ALBRIGHT, THELMA D. | $104,160.00 | $8,979.21 |
| 425 | BANAGA, PARALUMAN | $39,060.00 | $3,367.20 |
| 426 | BAREA, BEVERLY | $78,120.00 | $6,734.40 |
| 427 | BARKELL, LYNETTE M | $42,000.00 | $3,620.65 |
| 428 | BEALL, PHYLLIS B | $19,530.00 | $1,683.60 |
| 429 | BEATIE, MARGARET G | $26,040.00 | $2,244.80 |
| 430 | BECK, DAVID F | $39,060.00 | $3,367.20 |
| 431 | BECK, TOM OR GINA | $162,750.00 | $14,030.01 |
| 432 | BEETSCH, FERN | $26,040.00 | $2,244.80 |
| 433 | DAUDISTEL, GILBERT | $13,020.00 | $1,122.40 |
| 434 | DAVIS, MABLE | $169,260.00 | $14,591.21 |
| 435 | DEPALMA, MILDRED | $40,000.00 | $3,448.24 |
| 436 | DESANTIS, DOMENIC | $45,570.00 | $3,928.40 |
| 437 | DEWHURST, SHIRLEY | $13,020.00 | $1,122.40 |
| 438 | DOBSON, KEN OR LINDA | $39,060.00 | $3,367.20 |
| 439 | DOHERTY, ELIZABETH | $110,670.00 | $9,540.41 |
| 440 | DUNCAN, HELEN E | $58,590.00 | $5,050.80 |
| 441 | EDGMON, FERN | $32,550.00 | $2,806.00 |
| 442 | ELMORE, ROBERT P | $19,530.00 | $1,683.60 |
| 443 | ELMORE, SHIRLEY | $13,020.00 | $1,122.40 |
| 444 | ESTES, CLYDE | $19,530.00 | $1,683.60 |
| 445 | EULESS, REBA | $55,000.00 | $4,741.32 |
| 446 | FARRELL, MAUD | $26,040.00 | $2,244.80 |
| 448 | FOWLER, CHARLES OR SHIRLEY | $29,625.00 | $2,553.85 |
| 449 | FOWLER, SHIRLEY | $110,670.00 | $9,540.41 |
| 450 | FROCK, CARROLL | $26,040.00 | $2,244.80 |
| 451 | FROCK, DOROTHY | $65,100.00 | $5,612.00 |
| 452 | GAMACHE, BETTY & ERNEST | $10,000.00 | $862.06 |
| 453 | GARCIA, NADINE | $13,020.00 | $1,122.40 |
| 454 | GARDNER, FRANK & DARLA | $26,040.00 | $2,244.80 |
| 455 | GIBBONS, STANTON L | $140,200.00 | $12,086.07 |
| 456 | GLISPEY, LARRY E OR JANICE | $13,020.00 | $1,122.40 |
| 457 | GLOVER, DONALD S OR LYDIA M | $117,180.00 | $10,101.61 |
| 458 | GRIFFITH, RONNIE K | $13,020.00 | $1,122.40 |
| 459 | GREGORY, PAUL OR SHIRLEY C | $39,060.00 | $3,367.20 |
| 460 | GRAY, RHEA | $13,020.00 | $1,122.40 |
| 461 | BRAGER, JAMES OR ANTOINETTE | $26,040.00 | $2,244.80 |
| 462 | BRICE, MARLENE | $19,530.00 | $1,683.60 |
| 463 | BROWN, HAZEL | $80,000.00 | $6,896.47 |
| 464 | BURGESS, ROBERT OR LILLIAN | $45,570.00 | $3,928.40 |
| 465 | CAIRNES, LENORA | $26,040.00 | $2,244.80 |
| 466 | CASILLAS, ADAM J | $110,670.00 | $9,540.41 |
| 467 | CASTILLO, RAYMOND | $26,040.00 | $2,244.80 |
| 468 | TREADWAY-CHARTRAND, CHERIE L | $19,530.00 | $1,683.60 |
| 469 | COLONIAL FAMILY | $13,020.00 | $1,122.40 |
| 470 | COMBS, CARL | $10,000.00 | $862.06 |
| 471 | KELLER-MOORE, STACY | $13,020.00 | $1,122.40 |
| 472 | KELLER, VERA G | $19,530.00 | $1,683.60 |
| 473 | KETCHAM, MICHAEL D | $32,550.00 | $2,806.00 |

| # | Name | Amount | Amount |
|---|------|--------|--------|
| 474 | JOLLY, GEORGES A | $9,415.00 | $811.63 |
| 475 | KAVANAGH, DENNIS OR CECLIA | $19,530.00 | $1,683.60 |
| 476 | JOHNSON, LOIS | $32,550.00 | $2,806.00 |
| 477 | JOHNSON, JEANETTE L | $32,550.00 | $2,806.00 |
| 478 | JOBERG, DORIS | $13,020.00 | $1,122.40 |
| 479 | JENSEN, LAURENE | $32,550.00 | $2,806.00 |
| 480 | LAUGHLIN, CARL | $13,020.00 | $1,122.40 |
| 481 | LEY, ERMERL | $39,060.00 | $3,367.20 |
| 482 | LOHS, DAVID S OR BEVERLY ANN | $26,040.00 | $2,244.80 |
| 483 | LONG, ERNEST | $13,020.00 | $1,122.40 |
| 484 | LOWELL, WILLIAM | $13,020.00 | $1,122.40 |
| 485 | LYNUM, ROBERT N OR MARY JANE | $19,530.00 | $1,683.60 |
| 486 | LANG, MOLLIE | $71,610.00 | $6,173.20 |
| 487 | LOWELL, HERTHA | $13,020.00 | $1,122.40 |
| 488 | MCMASTER, GLADYS | $39,060.00 | $3,367.20 |
| 489 | MCMANUS, ANNE B | $39,060.00 | $3,367.20 |
| 490 | MCGEE, KEITH | $91,140.00 | $7,856.80 |
| 491 | MCGARRAUGH, PATRICIA | $58,590.00 | $5,050.80 |
| 492 | MEGEE, BETTY JEAN | $136,710.00 | $11,785.21 |
| 493 | MCCLUHAN, JOHN B OR MISAKO | $39,060.00 | $3,367.20 |
| 494 | MCCLEERLY, LYLE L OR DORORTHY | $19,530.00 | $1,683.60 |
| 495 | MCALISTER, DOLPHUS | $26,040.00 | $2,244.80 |
| 496 | MATHENY, SANDRA J | $32,550.00 | $2,806.00 |
| 497 | MARTIN, MAJORIE | $13,020.00 | $1,122.40 |
| 498 | MARTIN, FRANCIS J | $20,000.00 | $1,724.12 |
| 499 | MACE, CORA | $13,020.00 | $1,122.40 |
| 500 | MADSON, GARY | $52,080.00 | $4,489.60 |
| 502 | MELROSE, TIMOTHY OR ROBIN | $13,020.00 | $1,122.40 |
| 503 | MELTON, GERALDINE J | $45,570.00 | $3,928.40 |
| 504 | MEREGILLANO, CONNIE | $13,020.00 | $1,122.40 |
| 505 | MOGLIOTTI, FRANK | $26,040.00 | $2,244.80 |
| 506 | MONGER, JOE E | $13,020.00 | $1,122.40 |
| 507 | MOORE, CHARLES | $195,300.00 | $16,836.01 |
| 508 | SLAVICH, PETE OR HELEN | $13,020.00 | $1,122.40 |
| 509 | SIMINTON, LEONARD | $19,530.00 | $1,683.60 |
| 510 | SENESCALL, VIRGIL OR BONNIE | $32,550.00 | $2,806.00 |
| 511 | SCHMIDT, MERVIN | $13,020.00 | $1,122.40 |
| 512 | SCHAUER, DUANE O | $65,100.00 | $5,612.00 |
| 513 | SALWASSER, LILLIAN | $195,300.00 | $16,836.01 |
| 514 | SALWASSER, FLOYD OR MABEL | $45,000.00 | $3,879.27 |
| 515 | RUPP, GEORGE OR DOROTHY L | $19,530.00 | $1,683.60 |
| 516 | ROSENBAUM, MAYER | $10,000.00 | $862.06 |
| 517 | ROSE, SARAH | $19,530.00 | $1,683.60 |
| 518 | ROSA, ALBERTO OR EMILA | $13,020.00 | $1,122.40 |
| 519 | ROPER, ANN L | $84,630.00 | $7,295.60 |
| 520 | ROGOSHESKE, STEVEN E | $32,550.00 | $2,806.00 |
| 521 | RIMBY, TREVA | $71,610.00 | $6,173.20 |
| 522 | RIMBY, TREVA | $52,080.00 | $4,489.60 |
| 523 | RICKENBACK, WILLIAM OR ELIZABETH | $26,040.00 | $2,244.80 |
| 524 | RICHARDSON, RUTH | $13,020.00 | $1,122.40 |
| 525 | RICHARDSON, CALVIN E OR VIRGINIA | $26,040.00 | $2,244.80 |
| 526 | REUTER, SARAH | $58,590.00 | $5,050.80 |
| 527 | RENEDO, LIGIA | $26,040.00 | $2,244.80 |
| 528 | REMMEM, PALMER OR ELAINE | $175,770.00 | $15,152.41 |
| 529 | REIMER, BRUCE OR MANGALIKA | $13,020.00 | $1,122.40 |
| 530 | REGAN, JOHN ARTHUR | $110,670.00 | $9,540.41 |

| | | | |
|---|---|---|---|
| 531 | RATZLAFF, EMALENE | $30,000.00 | $2,586.18 |
| 532 | RAY, RICHARD OR LAURA | $19,530.00 | $1,683.60 |
| 533 | RABER, BOBBY L | $32,550.00 | $2,806.00 |
| 534 | PRALLE, KAY | $13,020.00 | $1,122.40 |
| 535 | PRALLE, JAMES | $13,020.00 | $1,122.40 |
| 536 | POPLIN, JOHNNIE | $58,590.00 | $5,050.80 |
| 537 | WINEBARGER, CHARLES | $13,020.00 | $1,122.40 |
| 538 | WIRT, MARIE | $25,000.00 | $2,155.15 |
| 539 | WINTON, MARY | $13,020.00 | $1,122.40 |
| 540 | WINTON, DONALD W | $39,060.00 | $3,367.20 |
| 541 | WINTON, DONALD L. & DONALD W. | $6,510.00 | $561.20 |
| 542 | WINTON, BILLIE J | $32,550.00 | $2,806.00 |
| 543 | WINTON, DONALD L | $19,530.00 | $1,683.60 |
| 544 | WIRTHMAN, JOAN | $19,530.00 | $1,683.60 |
| 545 | WOHNOUTKA, TOM OR NANCY | $52,080.00 | $4,489.60 |
| 546 | NELSON, DAVID D | $26,040.00 | $2,244.80 |
| 547 | WILSON, RICHARD | $19,530.00 | $1,683.60 |
| 548 | WILLIAMS, VIVIAN | $13,020.00 | $1,122.40 |
| 549 | WILSON, LUTHER | $26,040.00 | $2,244.80 |
| 550 | LACLARE, CLEORA | $19,530.00 | $1,683.60 |
| 551 | WILCOX, JAMES | $13,020.00 | $1,122.40 |
| 552 | WILCOX, GERA | $13,020.00 | $1,122.40 |
| 553 | WHITE, MELVIN | $10,000.00 | $862.06 |
| 554 | WESTRUP, BONNIE | $84,630.00 | $7,295.60 |
| 555 | WEINZ, ELIZABETH | $19,530.00 | $1,683.60 |
| 556 | VONDERHARR, JOHN | $39,060.00 | $3,367.20 |
| 557 | WEISS, META | $52,080.00 | $4,489.60 |
| 558 | TRULL, FUMIKO | $65,100.00 | $5,612.00 |
| 559 | THOMPSON, RUTH | $13,020.00 | $1,122.40 |
| 560 | OSUNA, CHIE | $78,120.00 | $6,734.40 |
| 561 | NELSON, LYNN | $13,020.00 | $1,122.40 |
| 564 | NOURIAN, RUBIN OR TINA | $13,020.00 | $1,122.40 |
| 565 | O'BRIEN, ROBERT OR MARY | $58,590.00 | $5,050.80 |
| 566 | OGIER, SARAH | $32,550.00 | $2,806.00 |
| 567 | ORTEGA, ANGIE C | $13,020.00 | $1,122.40 |
| 568 | OSTENDORF, A LLOYD | $13,020.00 | $1,122.40 |
| 569 | OSTENDORF, RITA H | $13,020.00 | $1,122.40 |
| 570 | MORIN, JUDITH | $26,040.00 | $2,244.80 |
| 571 | NAVICK, RENEE C | $19,862.49 | $1,712.26 |
| 572 | ANDERSON, ANNA B. | $42,550.00 | $3,668.06 |
| 574 | PHILLIPS, FRANKLIN | $13,020.00 | $1,122.40 |
| 575 | PAVLOSKY, CARL S. & BETTY A | $58,590.00 | $5,050.80 |
| 576 | ROBERT PARSONS, | $39,060.00 | $3,367.20 |
| 577 | LORRAINE PARSONS, | $37,550.00 | $3,237.03 |
| 578 | PADGETT, VERA | $60,000.00 | $5,172.35 |
| 579 | SORESI, SALVATORE OR VITA | $26,040.00 | $2,244.80 |
| 580 | SORESI, SALVATORE | $5,000.00 | $431.03 |
| 581 | SNIDER, DORIS | $32,550.00 | $2,806.00 |
| 582 | SMITH, RAY OR ELSIE | $104,160.00 | $8,979.21 |
| 583 | FACT, LOUISA SMITH AS ATTY IN | $19,530.00 | $1,683.60 |
| 584 | SMITH, JAMES OR EVELYN | $32,550.00 | $2,806.00 |
| 585 | POPLIN, GEORGE | $39,060.00 | $3,367.20 |
| 586 | PIRA, JOHN R. SR. | $25,000.00 | $2,155.15 |
| 587 | VALENTE, AMELIA M PIRA/DELORES M | $75,000.00 | $6,465.44 |
| 588 | PIMENTEL, GERALDINE | $120,000.00 | $10,344.71 |
| 589 | PHILLIPS, GENEVA | $19,530.00 | $1,683.60 |

| Claim # | Claimant | Allowed Amount | Proposed Payment |
|---|---|---|---|
| 590 | THARP, RE OR ELLEN | $32,550.00 | $2,806.00 |
| 591 | TAVERNIER, ELFRIEDE | $19,530.00 | $1,683.60 |
| 592 | SWAYZE, ORRIN HAYS | $13,020.00 | $1,122.40 |
| 593 | SWANSON, NEAL | $26,080.00 | $2,248.25 |
| 594 | SWANSON, BERNADINE | $19,560.00 | $1,686.19 |
| 595 | STEWART, EVELYN | $65,000.00 | $5,603.38 |
| 596 | STEELE, JOHN | $25,000.00 | $2,155.15 |
| 598 | JOBERG, HARRY | $13,020.00 | $1,122.40 |
| 599 | HOFFART, WILLIAM T. | $30,000.00 | $2,586.18 |
| 600 | HIROSHI TANIOKA | $58,000.00 | $4,999.94 |
| 601 | MEHILL, MIKE &/OR VERONICA | $100,000.00 | $8,620.59 |
| 602 | BERG, LORRAINE | $13,020.00 | $1,122.40 |
| 603 | VALENTE, DOLORES | $10,000.00 | $862.06 |
| 604 | HUNTER, SAMUEL R | $10,000.00 | $862.06 |
| 605 | HUNTER, SAMUEL R AND/OR EARL D | $13,020.00 | $1,122.40 |
| 606 | FLORES, CONNIE JO AND INNES | $65,100.00 | $5,612.00 |
| 607 | PINE, ADRIA | $25,000.00 | $2,155.15 |
| 608 | WILKERSON, VERNA | $150,000.00 | $12,930.88 |
| 609 | NORDEEN, WILLIAM H. | $39,060.00 | $3,367.20 |
| 610 | SMITH, JACK D. | $19,530.00 | $1,683.60 |
| 611 | TOLES, RICHARD O. | $21,851.50 | $1,883.73 |
| 612 | ADAMS, EVERETT R. JR. | $13,020.00 | $1,122.40 |
| 613 | KASPARIAN, HELEN | $40,000.00 | $3,448.24 |
| 614 | NIELSEN, BORGE | $48,000.00 | $4,137.88 |
| 615 | MELLEKY, JOHN G | $52,080.00 | $4,489.60 |
| 618 | TEAGARDEN, CHRISTOPHER O. | $729,210.00 | $62,862.35 |
| 619 | WILLIAM FLANAGAN | $123,960.00 | $10,686.08 |

Claims of untimely (unsecured) creditors totaling $198,182.97 have been allowed and will be paid pro rata only after all allowed administrative, secured, and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed amount of Claim | Proposed Payment |
|---|---|---|---|
| 330 | MRS. MIDIE VOGL | $133,419.00 | $0.00 |
| 331 | RAO, KATTINGERI | $10,000.00 | $0.00 |
| 332 | SAGRARIO E. RODRIGUEZ | $10,000.00 | $0.00 |
| 334 | ASGHAR, M.D., FAYAZ | $26,253.97 | $0.00 |
| 343 | ROSA, ALBERTO | $18,510.00 | $0.00 |

The Trustee's Amended Interim Final Report of Estate and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court, 801 North Florida Avenue, Suite 727, Tampa, Florida 33602-3899. Any person wishing to object to any fee application or the Trustee's Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing, which may be granted, if appropriate. The objection and the request for hearing must be served on the Trustee, any party whose application is being challenged, and the United States Trustee. If no objections are filed or the Court determines that a hearing is unnecessary, the Court will act upon the fee applications, without further notice.

Dated this 26 day of August, 2003.

By: _____, Deputy Clerk
David K. Oliveria, Clerk
U.S. Bankruptcy Court
801 North Florida Avenue
Suite 727
Tampa, FL 33602-3899

cc: Susan Woodard, P O Box 7828, St. Petersburg, FL 33734-7828
Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602
Debtor, Paramount Payphones Inc., 3412 Clark Road Suite 1, Sarasota, FL 34231
Debtor Attorney, N/A
And creditors w/allowed claims.

Forwarded to the Bankruptcy Noticing Center (BNC) for mailing on 8/26/03 by _____.