# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

IN RE:  
PARAMOUNT PAYPHONES INC.

CASE NO. 98-15744-8C7  
CHAPTER 7

DEBTOR(S)/

## ORDER ALLOWING ADMINISTRATIVE EXPENSES AUTHORIZING INTERIM DISBURSEMENTS AND DIRECTING PAYMENT OF DIVIDENDS

THIS CAUSE came on for consideration for the purpose of entering an Order allowing administrative expenses, authorizing disbursements of funds to administrative claimants and directing payment of interim distribution of dividends of $1,100,000.00. The United States Trustee has reviewed the Amended Interim Distribution Report of Estate filed by the Trustee. The Trustee has certified that all claims have been examined, as appropriate under the proposed distribution, and that the proposed distribution is proper and consistent with the laws and rules of Court. The Clerk of the Bankruptcy Court has given all creditors and parties in interest Notice and an opportunity for hearing on all pending applications for compensation and all pending administrative claims. No party has objected to the Interim Distribution. Accordingly, it is

**ORDERED, ADJUDGED, and DECREED** that:

|  | AMOUNT ALLOWED | PROPOSED DIVIDEND |
|---|---|---|
| Clerk, U.S. Bankruptcy Court Adversary Filing Fee | 600.00 | 600.00 |

It is further **ORDERED, ADJUDGED and DECREED** that after payment of the administrative expenses and fees set forth above, the sum of $1,099,400.00 will remain for distribution to general unsecured claimants. The total allowed amount of general unsecured claims is $12,753,188.72. Therefore, a dividend of 8.6205% is hereby declared for each allowed unsecured claim as follows:

237

| CLAIM NO. | NAME OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | LEVINE, MS. SANDRA | 8,300.00 | 715.51 |
| 000002 | WELCH, WILBER L. | 34,231.50 | 2,950.96 |
| 000004 | CORNELL, DANIEL R. | 5,200.00 | 448.27 |
| 000007 | EVANS, RALPH | 26,040.00 | 2,244.80 |
| 000010 | BURNETT, DOROTHY M. | 19,530.00 | 1,683.60 |
| 000011 | GROUSE, REBECCA W. | 13,020.00 | 1,122.40 |
| 000012 | LIN, MAE S. | 60,000.00 | 5,172.35 |
| 000020 | KEOUGH, WILLIAM R. | 51,040.00 | 4,399.95 |
| 000021 | LINDEN, GRACE W. | 10,000.00 | 862.06 |
| 000023 | COLE, CHARLES | 41,062.00 | 3,539.79 |
| 000024 | GUNDERSON, IRENE | 13,020.00 | 1,122.40 |
| 000025 | WILLIAMS, DON | 12,000.00 | 1,034.47 |
| 000026 | VENTURELLA, ANTHONY | 20,615.86 | 1,777.21 |
| 000027 | YI CHUNG SHAO | 13,020.00 | 1,122.40 |
| 000029* | GAVREL, ROSE | 23,000.00 | 1,982.74 |
| 000030 | GOO, TIN YAU | 10,000.00 | 862.06 |
| 000032 | MARTIN, PHYLLIS | 13,440.00 | 1,158.61 |
| 000034 | MURPHY, MARY E. | 35,641.40 | 3,072.50 |
| 000035 | SANCHEZ, LAURA | 26,040.00 | 2,244.80 |
| 000036 | HALL, NANCY D. | 12,000.00 | 1,034.47 |
| 000037 | MONTGOMERY, EVELYN | 24,000.00 | 2,068.94 |
| 000038 | BENJAMINS, WILLIAM | 18,741.00 | 1,615.58 |
| 000039 | MONTGOMERY, MARY K. | 18,000.00 | 1,551.71 |
| 000041 | CRAMER FAMILY LIVING | 39,060.00 | 3,367.20 |
| 000042 | BAKKER, INNA | 20,000.00 | 1,724.12 |
| 000043 | HUFFMAN, ANNA M. | 13,000.00 | 1,120.68 |
| 000045 | BJORNDAL, KEITH J. | 20,676.20 | 1,782.41 |

| | | | |
|---|---|---|---|
| 000046 | GOPAUL, BAMDEO | 7,708.00 | 664.48 |
| 000047 | MORROW, ANDREW J. | 78,120.00 | 6,734.40 |
| 000048 | CRAWFORD, MR. OR MRS. REID | 6,700.00 | 577.58 |
| 000049 | BAILIE, STANLEY | 58,880.50 | 5,075.85 |
| 000050 | O'HARE, JOAN A. | 46,000.00 | 3,965.47 |
| 000323 | BERQUIST, JOAN | 197,872.27 | 17,057.76 |
| 000324 | MOYER, DONALD | 67,486.00 | 5,817.69 |
| 000325 | LEE SYMONDS TRUST | 12,000.00 | 1,034.47 |
| 000329 | GROSSMAN, FRANK, MR. AND MRS. | 25,000.00 | 2,155.15 |
| 000344* | GROVE, GARY L | 13,020.00 | 1,122.40 |
| 000345* | LANGFORD, MITCHELL | 169,260.00 | 14,591.21 |
| 000346* | LAMKINS, RICHARD M AND BETTY | 32,550.00 | 2,806.00 |
| 000347* | LAMBERTE-CAMPOS, ANA MARIA | 13,020.00 | 1,122.40 |
| 000348* | KUHL, JEAN | 52,080.00 | 4,489.60 |
| 000349* | KRENKE, PATRICIA A | 13,020.00 | 1,122.40 |
| 000350* | KOEPKE, JOHN OR ETHEL | 70,000.00 | 6,034.41 |
| 000351* | KNIERIM, WILLIAM | 110,670.00 | 9,540.41 |
| 000352* | KNIERIM, SUE | 110,670.00 | 9,540.41 |
| 000353* | KING, KEITH OR PATRICIA V | 13,020.00 | 1,122.40 |
| 000354* | KING, RON | 100,000.00 | 8,620.59 |
| 000355* | JAMES, CARLTON M | 52,080.00 | 4,489.60 |
| 000356* | JAMES, BERNICE | 6,510.00 | 561.20 |
| 000359* | HOOGEVEEN, EDWARD | 13,020.00 | 1,122.40 |
| 000360* | HOLLICK, JEFFREY T | 29,625.00 | 2,553.85 |
| 000361* | HOLBROOK, JOHN | 91,140.00 | 7,856.80 |
| 000362* | HOCH, LARRY OR NANCY | 97,650.00 | 8,418.01 |
| 000363* | HESSON, WILLIAM OR HILDA | 130,200.00 | 11,224.01 |
| 000364* | HERZOG, MARIE | 71,610.00 | 6,173.20 |

| ID | Name | Amount | Tax |
|---|---|---:|---:|
| 0003 65* | HERRING, VONDA | 97,650.00 | 8,418.01 |
| 0003 66* | HERNANDEZ, GEORGE | 13,020.00 | 1,122.40 |
| 0003 67* | HANSEN, ROBERT | 58,590.00 | 5,050.80 |
| 0003 68* | HANSEN, ERNEST B | 26,040.00 | 2,244.80 |
| 0003 69* | HAMM, CHESTER L. | 13,020.00 | 1,122.40 |
| 0003 70* | HAMBY, JOHN W | 19,530.00 | 1,683.60 |
| 0003 71* | HALLETT, PAUL E OR MARILYN S | 50,000.00 | 4,310.29 |
| 0003 72* | HADLOCK, RALPH | 24,000.00 | 2,068.94 |
| 0003 73* | BERK, SUNNY | 15,000.00 | 1,293.09 |
| 0003 74* | BRIDGES, KAREN | 25,000.00 | 2,155.15 |
| 0003 75* | CALDERONE, PHIL | 23,020.00 | 1,984.46 |
| 0003 76* | CLARK, ELMER OR RUBY | 18,300.00 | 1,577.57 |
| 0003 77* | CURTIS, PAMELA | 65,100.00 | 5,612.00 |
| 0003 78* | DIEHLMANN, THOMAS B | 65,100.00 | 5,612.00 |
| 0003 79* | FALANGO, JAMES | 28,300.00 | 2,439.63 |
| 0003 80* | FISHER, AARON H | 25,000.00 | 2,155.15 |
| 0003 81* | JEE, WAN OR CONCHA | 19,530.00 | 1,683.60 |
| 0003 82* | WYRICK, BEVERLEE | 58,590.00 | 5,050.80 |
| 0003 83* | ADLER, JUDITH | 37,150.00 | 3,202.55 |
| 0003 84* | BANNISTER, MILANGROS | 41,210.00 | 3,552.54 |
| 0003 85* | BERK, EVERETT | 9,415.00 | 811.63 |
| 0003 86* | MAZZIE, VINCENT | 20,000.00 | 1,724.12 |
| 0003 87* | MCAULEY, JOHN OR IRENE | 20,000.00 | 1,724.12 |
| 0003 88* | NELSON, RAY OR ROSALIE | 20,000.00 | 1,724.12 |
| 0003 89* | OLIVERI, JOSEPH | 90,000.00 | 7,758.53 |
| 0003 90* | RABINOVITCH, RAPHAEL OR JENNIE | 32,550.00 | 2,806.00 |
| 0003 91* | TOKUN-AGA, SAMUEL | 58,020.00 | 5,001.67 |
| 0003 92* | TRANTHAM, BENJAMIN SR. TRUSTEE | 26,040.00 | 2,244.80 |

| | | | |
|---|---|---:|---:|
| 000393* | OSTEEN-WIGGER, MEVELYN | 58,590.00 | 5,050.80 |
| 000395* | BILSKEY, PAULA | 13,020.00 | 1,122.40 |
| 000396* | KENNEDY, CLIFTON | 32,550.00 | 2,806.00 |
| 000397* | BLOUGH, DAVID OR ODESSA | 13,020.00 | 1,122.40 |
| 000398* | BOLLINGER, EDNA | 65,100.00 | 5,612.00 |
| 000399* | BORKA, ELROY H | 110,670.00 | 9,540.41 |
| 000400* | BOSE, ROMEO B | 19,000.00 | 1,637.91 |
| 000401* | BRAGER, ATOINETTE | 20,000.00 | 1,724.12 |
| 000402* | BUCHANON, LINDELL | 19,530.00 | 1,683.60 |
| 000403* | DAWSON, DALE OR PRISCILLA ANN | 117,180.00 | 10,101.61 |
| 000404* | ENSOR, RAYMOND L | 45,570.00 | 3,928.40 |
| 000405* | EVERETT, MARK | 19,530.00 | 1,683.60 |
| 000406* | HARTMAN, JOHN | 13,020.00 | 1,122.40 |
| 000407* | KERZNER, HAROLD | 30,000.00 | 2,586.18 |
| 000408* | LICHTENFELD, BETTY | 78,100.00 | 6,732.68 |
| 000409* | MCCAULEY, GARY | 130,200.00 | 11,224.01 |
| 000410* | MYERS, DENNIS G | 13,020.00 | 1,122.40 |
| 000411* | MYERS, RACHEL | 13,020.00 | 1,122.40 |
| 000412* | SIKORA, ELLEN | 10,000.00 | 862.06 |
| 000413* | SKOV, MOGEN | 176,710.00 | 15,233.44 |
| 000414* | GRUNDWALD, BRENDA | 10,000.00 | 862.06 |
| 000415* | COMBS, OPAL | 15,000.00 | 1,293.09 |
| 000416* | COOK, RUFUS | 6,510.00 | 561.20 |
| 000417* | CORSIGLIA, LOUIS D | 26,040.00 | 2,244.80 |
| 000418* | COSTALES, KATTHRYN S | 32,550.00 | 2,806.00 |
| 000419* | COUSINS, CHARLENE | 19,530.00 | 1,683.60 |
| 000420* | COX, RUSSELL | 32,550.00 | 2,806.00 |
| 000421* | DAHL, RONALD D OR GAIL LESLIE | 19,530.00 | 1,683.60 |

| | | | |
|---|---|---|---|
| 0004 22* | DAHLE, OMUND D. | 71,610.00 | 6,173.20 |
| 0004 23* | VILLALOBOS, JESUS | 10,000.00 | 862.06 |
| 0004 24* | ALBRIGHT, THELMA D. | 104,160.00 | 8,979.21 |
| 0004 25* | BANAGA, PARALUMAN | 39,060.00 | 3,367.20 |
| 0004 26* | BAREA, BEVERLY | 78,120.00 | 6,734.40 |
| 0004 27* | BARKELL, LYNETTE M | 42,000.00 | 3,620.65 |
| 0004 28* | BEALL, PHYLLIS B | 19,530.00 | 1,683.60 |
| 0004 29* | BEATIE, MARGARET G | 26,040.00 | 2,244.80 |
| 0004 30* | BECK, DAVID F | 39,060.00 | 3,367.20 |
| 0004 31* | BECK, TOM OR GINA | 162,750.00 | 14,030.01 |
| 0004 32* | BEETSCH, FERN | 26,040.00 | 2,244.80 |
| 0004 33* | DAUDISTEL, GILBERT | 13,020.00 | 1,122.40 |
| 0004 34* | DAVIS, MABLE | 169,260.00 | 14,591.21 |
| 0004 35* | DEPALMA, MILDRED | 40,000.00 | 3,448.24 |
| 0004 36* | DESANTIS, DOMENIC | 45,570.00 | 3,928.40 |
| 0004 37* | DEWHURST, SHIRLEY | 13,020.00 | 1,122.40 |
| 0004 38* | DOBSON, KEN OR LINDA | 39,060.00 | 3,367.20 |
| 0004 39* | DOHERTY, ELIZABETH | 110,670.00 | 9,540.41 |
| 0004 40* | DUNCAN, HELEN E | 58,590.00 | 5,050.80 |
| 0004 41* | EDGMON, FERN | 32,550.00 | 2,806.00 |
| 0004 42* | ELMORE, ROBERT P | 19,530.00 | 1,683.60 |
| 0004 43* | ELMORE, SHIRLEY | 13,020.00 | 1,122.40 |
| 0004 44* | ESTES, CLYDE | 19,530.00 | 1,683.60 |
| 0004 45* | EULESS, REBA | 55,000.00 | 4,741.32 |
| 0004 46* | FARRELL, MAUD | 26,040.00 | 2,244.80 |
| 0004 48* | FOWLER, CHARLES OR SHIRLEY | 29,625.00 | 2,553.85 |
| 0004 49* | FOWLER, SHIRLEY | 110,670.00 | 9,540.41 |
| 0004 50* | FROCK, CARROLL | 26,040.00 | 2,244.80 |

| ID | Name | Amount | Tax |
|---|---|---|---|
| 0004 51* | FROCK, DOROTHY | 65,100.00 | 5,612.00 |
| 0004 52* | GAMACHE, BETTY & ERNEST | 10,000.00 | 862.06 |
| 0004 53* | GARCIA, NADINE | 13,020.00 | 1,122.40 |
| 0004 54* | GARDNER, FRANK & DARLA | 26,040.00 | 2,244.80 |
| 0004 55* | GIBBONS, STANTON L | 140,200.00 | 12,086.07 |
| 0004 56* | GLISPEY, LARRY E OR JANICE | 13,020.00 | 1,122.40 |
| 0004 57* | GLOVER, DONALD S OR LYDIA M | 117,180.00 | 10,101.61 |
| 0004 58* | GRIFFITH, RONNIE K | 13,020.00 | 1,122.40 |
| 0004 59* | GREGORY, PAUL OR SHIRLEY C | 39,060.00 | 3,367.20 |
| 0004 60* | GRAY, RHEA | 13,020.00 | 1,122.40 |
| 0004 61* | BRAGER, JAMES OR ANTOINETTE | 26,040.00 | 2,244.80 |
| 0004 62* | BRICE, MARLENE | 19,530.00 | 1,683.60 |
| 0004 63* | BROWN, HAZEL | 80,000.00 | 6,896.47 |
| 0004 64* | BURGESS, ROBERT OR LILLIAN | 45,570.00 | 3,928.40 |
| 0004 65* | CAIRNES, LENORA | 26,040.00 | 2,244.80 |
| 0004 66* | CASILLAS, ADAM J | 110,670.00 | 9,540.41 |
| 0004 67* | CASTILLO, RAYMOND | 26,040.00 | 2,244.80 |
| 0004 68* | TREADWAY-CHARTRAND, CHERIE L | 19,530.00 | 1,683.60 |
| 0004 69* | COLONIAL FAMILY | 13,020.00 | 1,122.40 |
| 0004 70* | COMBS, CARL | 10,000.00 | 862.06 |
| 0004 71* | KELLER-MOORE, STACY | 13,020.00 | 1,122.40 |
| 0004 72* | KELLER, VERA G | 19,530.00 | 1,683.60 |
| 0004 73* | KETCHAM, MICHAEL D | 32,550.00 | 2,806.00 |
| 0004 74* | JOLLY, GEORGES A | 9,415.00 | 811.63 |
| 0004 75* | KAVANAGH, DENNIS OR CECLIA | 19,530.00 | 1,683.60 |
| 0004 76* | JOHNSON, LOIS | 32,550.00 | 2,806.00 |
| 0004 77* | JOHNSON, JEANETTE L | 32,550.00 | 2,806.00 |
| 0004 78* | JOBERG, DORIS | 13,020.00 | 1,122.40 |

| ID | Name | Amount 1 | Amount 2 |
|---|---|---|---|
| 000479* | JENSEN, LAURENE | 32,550.00 | 2,806.00 |
| 000480* | LAUGHLIN, CARL | 13,020.00 | 1,122.40 |
| 000481* | LEY, ERMERL | 39,060.00 | 3,367.20 |
| 000482* | LOHS, DAVID S OR BEVERLY ANN | 26,040.00 | 2,244.80 |
| 000483* | LONG, ERNEST | 13,020.00 | 1,122.40 |
| 000484* | LOWELL, WILLIAM | 13,020.00 | 1,122.40 |
| 000485* | LYNUM, ROBERT N OR MARY JANE | 19,530.00 | 1,683.60 |
| 000486* | LANG, MOLLIE | 71,610.00 | 6,173.20 |
| 000487* | LOWELL, HERTHA | 13,020.00 | 1,122.40 |
| 000488* | MCMASTER, GLADYS | 39,060.00 | 3,367.20 |
| 000489* | MCMANUS, ANNE B | 39,060.00 | 3,367.20 |
| 000490* | MCGEE, KEITH | 91,140.00 | 7,856.80 |
| 000491* | MCGARRAUGH, PATRICIA | 58,590.00 | 5,050.80 |
| 000492* | MEGEE, BETTY JEAN | 136,710.00 | 11,785.21 |
| 000493* | MCCLUHAN, JOHN B OR MISAKO | 39,060.00 | 3,367.20 |
| 000494* | MCCLEERLY, LYLE L OR DORORTHY | 19,530.00 | 1,683.60 |
| 000495* | MCALISTER, DOLPHUS | 26,040.00 | 2,244.80 |
| 000496* | MATHENY, SANDRA J | 32,550.00 | 2,806.00 |
| 000497* | MARTIN, MAJORIE | 13,020.00 | 1,122.40 |
| 000498* | MARTIN, FRANCIS J | 20,000.00 | 1,724.12 |
| 000499* | MACE, CORA | 13,020.00 | 1,122.40 |
| 000500* | MADSON, GARY | 52,080.00 | 4,489.60 |
| 000502* | MELROSE, TIMOTHY OR ROBIN | 13,020.00 | 1,122.40 |
| 000503* | MELTON, GERALDINE J | 45,570.00 | 3,928.40 |
| 000504* | MEREGILLANO, CONNIE | 13,020.00 | 1,122.40 |
| 000505* | MOGLIOTTI, FRANK | 26,040.00 | 2,244.80 |
| 000506* | MONGER, JOE E | 13,020.00 | 1,122.40 |
| 000507* | MOORE, CHARLES | 195,300.00 | 16,836.01 |

| | | | |
|---|---|---|---|
| 0005 08* | SLAVICH, PETE OR HELEN | 13,020.00 | 1,122.40 |
| 0005 09* | SIMINTON, LEONARD | 19,530.00 | 1,683.60 |
| 0005 10* | SENESCALL, VIRGIL OR BONNIE | 32,550.00 | 2,806.00 |
| 0005 11* | SCHMIDT, MERVIN | 13,020.00 | 1,122.40 |
| 0005 12* | SCHAUER, DUANE O | 65,100.00 | 5,612.00 |
| 0005 13* | SALWASSER, LILLIAN | 195,300.00 | 16,836.01 |
| 0005 14* | SALWASSER, FLOYD OR MABEL | 45,000.00 | 3,879.27 |
| 0005 15* | RUPP, GEORGE OR DOROTHY L | 19,530.00 | 1,683.60 |
| 0005 16* | ROSENBAUM, MAYER | 10,000.00 | 862.06 |
| 0005 17* | ROSE, SARAH | 19,530.00 | 1,683.60 |
| 0005 18* | ROSA, ALBERTO OR EMILA | 13,020.00 | 1,122.40 |
| 0005 19* | ROPER, ANN L | 84,630.00 | 7,295.60 |
| 0005 20* | ROGOSHESKE, STEVEN E | 32,550.00 | 2,806.00 |
| 0005 21* | RIMBY, TREVA | 71,610.00 | 6,173.20 |
| 0005 22* | RIMBY, TREVA | 52,080.00 | 4,489.60 |
| 0005 23* | RICKENBACK, WILLIAM OR ELIZABETH | 26,040.00 | 2,244.80 |
| 0005 24* | RICHARDSON, RUTH | 13,020.00 | 1,122.40 |
| 0005 25* | RICHARDSON, CALVIN E OR VIRGINIA | 26,040.00 | 2,244.80 |
| 0005 26* | REUTER, SARAH | 58,590.00 | 5,050.80 |
| 0005 27* | RENEDO, LIGIA | 26,040.00 | 2,244.80 |
| 0005 28* | REMMEM, PALMER OR ELAINE | 175,770.00 | 15,152.41 |
| 0005 29* | REIMER, BRUCE OR MANGALIKA | 13,020.00 | 1,122.40 |
| 0005 30* | REGAN, JOHN ARTHUR | 110,670.00 | 9,540.41 |
| 0005 31* | RATZLAFF, EMALENE | 30,000.00 | 2,586.18 |
| 0005 32* | RAY, RICHARD OR LAURA | 19,530.00 | 1,683.60 |
| 0005 33* | RABER, BOBBY L | 32,550.00 | 2,806.00 |
| 0005 34* | PRALLE, KAY | 13,020.00 | 1,122.40 |
| 0005 35* | PRALLE, JAMES | 13,020.00 | 1,122.40 |

| | | | |
|---|---|---|---|
| 0005 36* | POPLIN, JOHNNIE | 58,590.00 | 5,050.80 |
| 0005 37* | WINEBARGER, CHARLES | 13,020.00 | 1,122.40 |
| 0005 38* | WIRT, MARIE | 25,000.00 | 2,155.15 |
| 0005 39* | WINTON, MARY | 13,020.00 | 1,122.40 |
| 0005 40* | WINTON, DONALD W | 39,060.00 | 3,367.20 |
| 0005 41* | WINTON, DONALD L. & DONALD W. | 6,510.00 | 561.20 |
| 0005 42* | WINTON, BILLIE J | 32,550.00 | 2,806.00 |
| 0005 43* | WINTON, DONALD L | 19,530.00 | 1,683.60 |
| 0005 44* | WIRTHMAN, JOAN | 19,530.00 | 1,683.60 |
| 0005 45* | WOHNOUTKA, TOM OR NANCY | 52,080.00 | 4,489.60 |
| 0005 46* | NELSON, DAVID D | 26,040.00 | 2,244.80 |
| 0005 47* | WILSON, RICHARD | 19,530.00 | 1,683.60 |
| 0005 48* | WILLIAMS, VIVIAN | 13,020.00 | 1,122.40 |
| 0005 49* | WILSON, LUTHER | 26,040.00 | 2,244.80 |
| 0005 50* | LACLARE, CLEORA | 19,530.00 | 1,683.60 |
| 0005 51* | WILCOX, JAMES | 13,020.00 | 1,122.40 |
| 0005 52* | WILCOX, GERA | 13,020.00 | 1,122.40 |
| 0005 53* | WHITE, MELVIN | 10,000.00 | 862.06 |
| 0005 54* | WESTRUP, BONNIE | 84,630.00 | 7,295.60 |
| 0005 55* | WEINZ, ELIZABETH | 19,530.00 | 1,683.60 |
| 0005 56* | VONDERHARR, JOHN | 39,060.00 | 3,367.20 |
| 0005 57* | WEISS, META | 52,080.00 | 4,489.60 |
| 0005 58* | TRULL, FUMIKO | 65,100.00 | 5,612.00 |
| 0005 59* | THOMPSON, RUTH | 13,020.00 | 1,122.40 |
| 0005 60* | OSUNA, CHIE | 78,120.00 | 6,734.40 |
| 0005 61* | NELSON, LYNN | 13,020.00 | 1,122.40 |
| 0005 64* | NOURIAN, RUBIN OR TINA | 13,020.00 | 1,122.40 |
| 0005 65* | O'BRIEN, ROBERT OR MARY | 58,590.00 | 5,050.80 |

| ID | Name | Amount | Fee |
|---|---|---|---|
| 0005 66* | OGIER, SARAH | 32,550.00 | 2,806.00 |
| 0005 67* | ORTEGA, ANGIE C | 13,020.00 | 1,122.40 |
| 0005 68* | OSTENDORF, A LLOYD | 13,020.00 | 1,122.40 |
| 0005 69* | OSTENDORF, RITA H | 13,020.00 | 1,122.40 |
| 0005 70* | MORIN, JUDITH | 26,040.00 | 2,244.80 |
| 0005 71* | NAVICK, RENEE C | 19,862.49 | 1,712.26 |
| 0005 72* | ANDERSON, ANNA B. | 42,550.00 | 3,668.06 |
| 0005 74* | PHILLIPS, FRANKLIN | 13,020.00 | 1,122.40 |
| 0005 75* | PAVLOSKY, CARL S. & BETTY A | 58,590.00 | 5,050.80 |
| 0005 76* | ROBERT PARSONS, | 39,060.00 | 3,367.20 |
| 0005 77* | LORRAINE PARSONS, | 37,550.00 | 3,237.03 |
| 0005 78* | PADGETT, VERA | 60,000.00 | 5,172.35 |
| 0005 79* | SORESI, SALVATORE OR VITA | 26,040.00 | 2,244.80 |
| 0005 80* | SORESI, SALVATORE | 5,000.00 | 431.03 |
| 0005 81* | SNIDER, DORIS | 32,550.00 | 2,806.00 |
| 0005 82* | SMITH, RAY OR ELSIE | 104,160.00 | 8,979.21 |
| 0005 83* | FACT, LOUISA SMITH AS ATTY IN | 19,530.00 | 1,683.60 |
| 0005 84* | SMITH, JAMES OR EVELYN | 32,550.00 | 2,806.00 |
| 0005 85* | POPLIN, GEORGE | 39,060.00 | 3,367.20 |
| 0005 86* | PIRA, JOHN R. SR. | 25,000.00 | 2,155.15 |
| 0005 87* | VALENTE, AMELIA M PIRA/DELORES M | 75,000.00 | 6,465.44 |
| 0005 88* | PIMENTEL, GERALDINE | 120,000.00 | 10,344.71 |
| 0005 89* | PHILLIPS, GENEVA | 19,530.00 | 1,683.60 |
| 0005 90* | THARP, RE OR ELLEN | 32,550.00 | 2,806.00 |
| 0005 91* | TAVERNIER, ELFRIEDE | 19,530.00 | 1,683.60 |
| 0005 92* | SWAYZE, ORRIN HAYS | 13,020.00 | 1,122.40 |
| 0005 93* | SWANSON, NEAL | 26,080.00 | 2,248.25 |
| 0005 94* | SWANSON, BERNADINE | 19,560.00 | 1,686.19 |

| | | | |
|---|---|---|---|
| 000595* | STEWART, EVELYN | 65,000.00 | 5,603.38 |
| 000596* | STEELE, JOHN | 25,000.00 | 2,155.15 |
| 000598* | JOBERG, HARRY | 13,020.00 | 1,122.40 |
| 000599* | HOFFART, WILLIAM T. | 30,000.00 | 2,586.18 |
| 000600* | HIROSHI TANIOKA | 58,000.00 | 4,999.94 |
| 000601* | MEHILL, MIKE &/OR VERONICA | 100,000.00 | 8,620.59 |
| 000602* | BERG, LORRAINE | 13,020.00 | 1,122.40 |
| 000603* | VALENTE, DOLORES | 10,000.00 | 862.06 |
| 000604* | HUNTER, SAMUEL R | 10,000.00 | 862.06 |
| 000605* | HUNTER, SAMUEL R AND/OR EARL D | 13,020.00 | 1,122.40 |
| 000606* | FLORES, CONNIE JO AND INNES | 65,100.00 | 5,612.00 |
| 000607* | PINE, ADRIA | 25,000.00 | 2,155.15 |
| 000608* | WILKERSON, VERNA | 150,000.00 | 12,930.88 |
| 000609 | NORDEEN, WILLIAM H. | 39,060.00 | 3,367.20 |
| 000610* | SMITH, JACK D. | 19,530.00 | 1,683.60 |
| 000611* | TOLES, RICHARD O. | 21,851.50 | 1,883.73 |
| 000612* | ADAMS, EVERETT R. JR. | 13,020.00 | 1,122.40 |
| 000613* | KASPARIAN, HELEN | 40,000.00 | 3,448.24 |
| 000614* | NIELSEN, BORGE | 48,000.00 | 4,137.88 |
| 000615* | MELLEKY, JOHN G | 52,080.00 | 4,489.60 |
| 618 | TEAGARDEN, CHRISTOPHER O. | 729,210.00 | 62,862.35 |
| 000619 | WILLIAM FLANAGAN | 123,960.00 | 10,686.08 |

It is further **ORDERED, ADJUDGED and DECREED** that after payment of the general unsecured claims set forth above, no monies remain for distribution to untimely unsecured claimants. Therefore, a dividend of 0.0000% is hereby declared for each allowed untimely unsecured claim and the Trustee is directed to pay each untimely unsecured claimant that percentage of its allowed claim as follows:

| CLAIM NO. | NAME OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000330 | MRS. MIDIE VOGL | 133,419.00 | 0.00 |
| 000331 | RAO, KATTINGERI | 10,000.00 | 0.00 |
| 000332 | SAGRARIO E. RODRIGUEZ | 10,000.00 | 0.00 |
| 000334 | ASGHAR, M.D., FAYAZ | 26,253.97 | 0.00 |
| 000343 | ROSA, ALBERTO | 18,510.00 | 0.00 |

**ORDERED, ADJUDGED, and DECREED** that upon compliance with the foregoing provisions of this Order for Interim Distribution, the Trustee shall continue to administer the remaining assets of this estate.

**DONE AND ORDERED** at Tampa, Florida this OCT 17 2003 .

MICHAEL G. WILLIAMSON
UNITED STATES BANKRUPTCY JUDGE

cc: TRUSTEE: SUSAN WOODARD, P O BOX 7828, ST. PETERSBURG, FL 33734-7828
ASSISTANT U. S. TRUSTEE, 501 E. Polk St., Suite 1200, Tampa, FL 33602
DEBTOR: PARAMOUNT PAYPHONES INC., 3412 Clark Road suite 122, Sarasota, FL 34231
Richard I Diamond, Esq., 601 Carlson Parkway, Suite 1050, Minnetonka MN 55305

Forwarded to the Bankruptcy Noticing Center (BNC) for mailing on OCT 17 2003 by

This Order Allowing Administrative Expenses and Directing Payment of Dividends has been reviewed for accuracy by the Office of the U.S. Trustee.
Date: 10/08/03 By