UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
PARAMOUNT PAYPHONES, INC.          CASE NO.  8:04-bk-98-15744-8W7

Debtor(s).
_____/

## REPORT OF TRUSTEE OF UNCLEARED FUNDS

Comes now, Susan Woodard, as Trustee of the above captioned matter, and she does respectfully show that, pursuant to the orders of distribution, she has disbursed the entire amount of the partial distribution, in the Trustee's account, and that all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant/Address | Amount |
|---------|---------|------------------|--------|
| 10 | 1005 | Dorothy M. Burnett<br>4 Carriage Hill Circle<br>Casselberry FL 32707 | $1,683.60 |
| 38 | 1022 | William Benjamins<br>Richard A. Franklin, Esq.<br>2308 W. Blackwell Drive<br>Port Saint Luci FL 34952 | $1,615.58 |
| 347 | 1040 | Ana Maria Lamberte-Campos<br>P.O. Box 24628<br>Lakeland FL 33802-4628 | $1,122.40 |
| 373 | 1064 | Sunny Berk<br>P.O. Box 24628<br>Lakeland FL 33802-4628 | $1,293.09 |
| 385 | 1076 | Everett Berk<br>P.O. Box 24628<br>Lakeland FL 33802-4628 | $811.63 |
| 408 | 1098 | Betty Lichtenfield<br>P.O. Box 24628<br>Lakeland, FL 33802-4628 | $6,732.68 |
| 419 | 1109 | Charlene Cousins<br>P.O. Box 24628<br>Lakeland, FL 33802-4628 | $1,683.60 |

| | | | |
|---|---|---|---|
| 425 | 1115 | Paraluman Banaga<br>P.O. Box 24628<br>Lakeland FL 33802-4628 | $3,367.20 |
| 445 | 1135 | Reba Euless as Trustee<br>P.O. Box 24628<br>Lakeland FL 33802-4628 | $4,741.32 |
| 446 | 1136 | Maud Farrell<br>P.O. Box 24628<br>Lakeland FL 33802-4628 | $2,244.80 |
| 457 | 1146 | Donald S. and Lydia M. Glover<br>P.O. Box 24628<br>Lakeland FL 33802-4628 | $10,101.61 |
| 460 | 1149 | Rhea Gray<br>P.O. Box 24628<br>Lakeland, FL 33802-4628 | $1,122.40 |
| 479 | 1168 | Laurene Jensen<br>P.O. Box 24628<br>Lakeland FL 33802-4628 | $2,806.00 |
| 513 | 1202 | Floyd and Mabel Salwasser<br>P.O. Box 24628<br>Lakeland, FL 33802-4628 | $3,879.27 |
| 517 | 1205 | Sarah Rose<br>P.O. Box 24628<br>Lakeland, FL 33802-4628 | $1,683.60 |
| 601 | 1285 | Mike and Veronica Mehill<br>P.O. Box 24628<br>Lakeland, FL 33802-4628 | $8,620.59 |
| | | Total | $53,509.37 |

That more than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to the provisions of 11 U.S.C.§347, the undersigned attaches hereto a check in the amount of $53,509.80 respectfully, payable to the Clerk, U.S. Bankruptcy Court, and states that the claimants entitled thereto, are as listed above, and that their addresses, as far as known, are given above.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by

hand delivery to the U. S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV, this __14th__ day of December, 2004.

/s/Susan Woodard
SUSAN WOODARD, Trustee
P.O. Box 7828
St. Petersburg, FL 33734
(727) 521-3355
woodard@tampabay.rr.com