UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

PARAMOUNT PAYPHONES, INC.,          CASE NO.: 98-15744
Debtor,          Chapter 7
_____/

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

COMES NOW, Floyd and Mabel Salwasser, Claimant, by and through her attorney of record, ANDREA TEVES SMITH, of the law firm of Peterson & Myers, P.A. and moves this court for an order granting Claimant's Motion for Payment of Unclaimed Funds.

The undersigned previously filed a claim on behalf of Claimant (Claim # 513) in the amount of $45,000.00.

This motion is brought to retrieve funds that were payable to the Claimant pursuant to the court's order allowing administrative expenses authorizing interim disbursements and directing payment of dividends dated October 17, 2003, and signed by the Honorable Michael G. Williamson, United States Bankruptcy Judge.  The Claimant is entitled to the funds that are currently designated as unclaimed in the amount of $3,879.27.

WHEREFORE, the undersigned respectfully requests that the clerk of the court disburse a check in the amount of $3,879.27 to Peterson & Myers, P.A. Trust Account, c/o Andrea Teves Smith, Post Office Box 24628, Lakeland, Florida 33802.

PETERSON & MYERS, P.A.

By:    /s/ Andrea Teves Smith_____
        Andrea Teves Smith
        Florida Bar No. 0028861
        Post Office Box 24628
        Lakeland, Florida  33802-4628
        (863) 683-6511
        Attorney for Claimant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notice of the electronic filing to Susan Woodard, Trustee on this 17th day of February, 2005.

  /s/ Andrea Teves Smith
Andrea Teves Smith