UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Paramount Payphones, Inc.,          8:98-bk-15744-KRM

_____Debtor_____/

ORDER DENYING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration upon the Motion for Payment of Unclaimed Funds filed by Andrea Teves Smith, on behalf of Floyd and Mabel Salwasser, on February 18, 2005. The Motion fails to fulfill the requirements of 28 U.S.C. §2042 and the financial guidelines for the U.S. Bankruptcy Court, Middle District of Florida as follows:

☐ Lack of proof of service upon the United States Attorney, Attn: Civil Process Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602.

☒ No Social Security Number or Employer Identification Number of the claimant.

☒ The individual claimant has failed to provide proof of identity by way of a copy of the claimant's driver's license or Social Security card.

☒ The funds locator has failed to provide evidence of proper authority to obtain funds.

☐ No mailing address of the claimant.

Accordingly, it is

ORDERED that the Motion to Authorize and Direct Treasury Department to Release Funds is hereby denied.

DONE AND ORDERED on  March 7, 2005 .

K. RODNEY MAY,
United States Bankruptcy Judge

Copies furnished to:
Financial Administrator