UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Paramount Payphones, Inc
d/b/a PPI Payphones

Case No. 8:98-bk-15744-KRM

_____ Debtor * _____/

## ORDER APPROVING
## APPLICATION FOR PAYMENT OF UNCLAIMED MONIES TO CLAIMANT

**THIS CASE** came on for consideration, ex parte, upon the Application for Payment of Unclaimed Monies to Claimant filed by Larry L. Moses, General Manager, The Financial Resources Group, Inc. on behalf of John Euless, Executor of Estate for Reba Euless. The Court having reviewed the record and being advised by the Financial Administrator finds that the sum of $4,741.32 has been deposited in the Registry of the Court finds that the Application should be approved.

Accordingly, it is

**ORDERED** that the Application for Payment of Unclaimed Monies to Claimant filed by Larry L. Moses, General Manager, The Financial Resources Group, Inc. on behalf of John Euless, Executor of Estate for Reba Euless be and the same hereby is approved. The Clerk of Court for the United States Bankruptcy Court shall pay the unclaimed funds in the total amount of $4,741.32 to the order of: John Euless, Executor of Estate for Reba Euless c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345.

**DONE AND ORDERED** on May 30, 2008.

K. RODNEY MAY
United States Bankruptcy Judge

---

* All references to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.