UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §  Case No. 8:98-bk-15744-KRM
PARAMOUNT PAYPHONES INC. §
 §
 Debtors §
 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that SUSAN WOODARD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

*The Final Report shows receipts of* $

*and approved disbursements of* $

*leaving a balance of* $

Claims of secured creditors will be paid as follows:

*Claimant*                                                           *Proposed Payment*
_____ $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: SUSAN WOODARD | $_____ | $_____ |
| Attorney for trustee: ALLAN WATKINS, ESQ. | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: JUDY SMITH , CPA | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |

|                      | Reason/Applicant | Fees | Expenses |
|----------------------|------------------|------|----------|
| *Charges:*           | _____  | $_____ | $_____ |
| *Fees:*              | _____  | $_____ | $_____ |
| *Other:*             | _____  | $_____ | $_____ |
| *Other:*             | _____  | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                          | Reason/Applicant | Fees | Expenses |
|--------------------------|------------------|------|----------|
| *Attorney for debtor:*   | _____  | $_____ | $_____ |
| *Attorney for:*          | _____  | $_____ | $_____ |
| *Accountant for:*        | _____  | $_____ | $_____ |
| *Appraiser for:*         | _____  | $_____ | $_____ |
| *Other:*                 | _____  | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|--------------|----------|-----------------------|------------------|
| _____   | _____ | $_____ | $_____ |
| _____   | _____ | $_____ | $_____ |
| _____   | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | MS. SANDRA LEVINE | $ | $ |
| *000002* | WILBER L. WELCH | $ | $ |
| *000004* | DANIEL R. CORNELL | $ | $ |
| *000007* | RALPH F. EVANS | $ | $ |
| *000010* | MARGARET BURNETT AND DILKS & kNOPIK, LLC | $ | $ |
| *000011* | REBECCA W. GROUSE | $ | $ |
| *000012* | MAE S. LIN | $ | $ |
| *000020* | WILLIAM R. KEOUGH | $ | $ |
| *000021* | GRACE W. LINDEN | $ | $ |
| *000023* | CHARLES COLE | $ | $ |
| *000024* | IRENE GUNDERSON | $ | $ |
| *000025* | DON WILLIAMS | $ | $ |
| *000026* | ANTHONY VENTURELLA | $ | $ |
| *000027* | YI CHUNG SHAO | $ | $ |
| *000029* | MR. ROSE GAVREL | $ | $ |
| *000030* | MR. TIN YAU GOO | $ | $ |
| *000032* | PHYLLIS MARTIN | $ | $ |
| *000034* | MARY E. MURPHY | $ | $ |
| *000035* | LAURA SANCHEZ | $ | $ |
| *000036* | HALL, NANCY D. | $ | $ |
| *000037* | EVELYN MONTGOMERY | $ | $ |
| *000038* | GERRIT BENJAMINS | $ | $ |
| *000039* | MRS. MARY K. MONTGOMERY | $ | $ |
| *000041* | CRAMER FAMILY LIVING | $ | $ |
| *000042* | INNA BAKKER | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000043 | ANNA M. HUFFMAN | $ | $ |
| 000045 | KEITH J. BJORNDAL | $ | $ |
| 000046 | BAMDEO GOPAUL | $ | $ |
| 000047 | ANDREW J. MORROW | $ | $ |
| 000048 | MR. OR MRS. REID CRAWFORD | $ | $ |
| 000049 | STANLEY BAILIE | $ | $ |
| 000050 | JOAN A. O'HARE | $ | $ |
| 000323 | JOAN M.BERQUIST | $ | $ |
| 000324 | DONALD M. MOYER | $ | $ |
| 000325 | LEE SYMONDS TRUST | $ | $ |
| 000619 | WILLIAM FLANAGAN | $ | $ |
| 000329 | M/M FRANK GROSSMAN | $ | $ |
| 000344 | GARY L GROVE | $ | $ |
| 000345 | MITCHELL LANGFORD AS TRUSTEE | $ | $ |
| 000346 | RICHARD M LAMKINS AND BETTY LAMKINS | $ | $ |
| 000347 | ANA MARIA LAMBERTE-CAMPOS | $ | $ |
| 000348 | JEAN KUHL | $ | $ |
| 000349 | PATRICIA A KRENKE | $ | $ |
| 000350 | JOHN AND ETHEL KOEPKE | $ | $ |
| 000351 | WILLIAM KNIERIM | $ | $ |
| 000352 | SUE KNIERIM | $ | $ |
| 000353 | KEITH AND PATRICIA V KING | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000354* | RON KING AS GUARDIAN AD LITEM | $ | $ |
| *000355* | *CARLTON M JAMES* | $ | $ |
| *000356* | *BERNICE JAMES* | $ | $ |
| *000359* | *EDWARD HOOGEVEEN* | $ | $ |
| *000360* | *JEFFREY T HOLLICK* | $ | $ |
| *000361* | *JOHN HOLBROOK* | $ | $ |
| *000362* | *LARRY AND NANCY HOCH* | $ | $ |
| *000363* | *WILLIAM AND HILDA HESSON* | $ | $ |
| *000364* | *MARIE HERZOG* | $ | $ |
| *000365* | *VONDA HERRING* | $ | $ |
| *000366* | *GEORGE HERNANDEZ* | $ | $ |
| *000367* | *ROBERT HANSEN* | $ | $ |
| *000368* | *ERNEST B HANSEN* | $ | $ |
| *000369* | *CHESTER L HAMM AS TRUSTEE* | $ | $ |
| *000370* | *JOHN W HAMBY* | $ | $ |
| *000371* | *PAUL E AND MARILYN S HALLETT* | $ | $ |
| *000372* | *RALPH HADLOCK* | $ | $ |
| *000373* | *SUNNY BERK* | $ | $ |
| *000374* | *KAREN BRIDGES* | $ | $ |
| *000375* | *PHIL CALDERONE* | $ | $ |
| *000376* | *ELMER AND RUBY CLARK* | $ | $ |
| *000377* | *PAMELA CURTIS* | $ | $ |
| *000378* | *THOMAS B DIEHLMANN* | $ | $ |
| *000379* | *JAMES FALANGO* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000380 | AARON H FISHER | $ | $ |
| 000381 | WAN AND CONCHA JEE | $ | $ |
| 000382 | BEVERLEE WYRICK AS TRUSTEE | $ | $ |
| 000383 | JUDITH ADLER | $ | $ |
| 000384 | MILANGROS BANNISTER | $ | $ |
| 000385 | EVERETT BERK | $ | $ |
| 000386 | VINCENT MAZZIE AS TRUSTEE | $ | $ |
| 000387 | JOHN AND IRENE MCAULEY | $ | $ |
| 000388 | RAY AND ROSALIE NELSON, AS | $ | $ |
| 000389 | JOSEPH OLIVERI | $ | $ |
| 000390 | RAPHAEL AND JENNIE RABINOVITCH | $ | $ |
| 000391 | SAMUEL TOKUN-AGA | $ | $ |
| 000392 | BENJAMIN TRANTHAM SR AS TRUSTEE | $ | $ |
| 000393 | MEVELYN OSTEEN-WIGGER | $ | $ |
| 000395 | PAULA BILSKEY | $ | $ |
| 000396 | CLIFTON R KENNEDY AS TRUSTEE | $ | $ |
| 000397 | DAVID AND ODESSA BLOUGH | $ | $ |
| 000398 | EDNA BOLLINGER | $ | $ |
| 000399 | ELROY H BORKA | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000400 | ROMEO B BOSE | $ | $ |
| 000401 | JAMES AND ATOINETTE BRAGER | $ | $ |
| 000402 | LINDELL BUCHANON | $ | $ |
| 000403 | DALE AND PRISCILLA ANN DAWSON | $ | $ |
| 000404 | RAYMOND L ENSOR | $ | $ |
| 000620 | Elsie Everett or Alexander Everett | $ | $ |
| 000406 | JOHN HARTMAN | $ | $ |
| 000407 | HAROLD KERZNER | $ | $ |
| 000408 | LYNN ELKINS SODERLAND | $ | $ |
| 000409 | GARY MCCAULEY | $ | $ |
| 000410 | DENNIS G MYERS | $ | $ |
| 000411 | RACHEL MYERS | $ | $ |
| 000412 | ELLEN SIKORA | $ | $ |
| 000413 | MOGEN SKOV | $ | $ |
| 000414 | BRENDA GRUNWALD AS TRUSTEE | $ | $ |
| 000415 | OPAL COMBS | $ | $ |
| 000416 | RUFUS COOK | $ | $ |
| 000417 | LOUIS D CORSIGLIA AS TRUSTEE | $ | $ |
| 000418 | KATTHRYN S COSTALES | $ | $ |
| 000419 | CHARLENE COUSINS | $ | $ |
| 000420 | RUSSELL COX | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000421 | RONALD D OR GAIL LESLIE DAHL | $ | $ |
| 000422 | OMUND R DAHLE AS TRUSTEE | $ | $ |
| 000423 | JESUS VILLALOBOS | $ | $ |
| 000424 | THELMA D ALBRIGHT AS TRUSTEE | $ | $ |
| 000425 | PARALUMAN BANAGA | $ | $ |
| 000426 | BEVERLY BAREA | $ | $ |
| 000427 | LYNETTE M BARKELL | $ | $ |
| 000428 | PHYLLIS B BEALL | $ | $ |
| 000429 | MARGARET G BEATIE | $ | $ |
| 000430 | DAVID F BECK | $ | $ |
| 000431 | TOM AND GINA BECK | $ | $ |
| 000432 | FERN BEETSCH | $ | $ |
| 000433 | GILBERT DAUDISTEL AS TRUSTEE | $ | $ |
| 000434 | MABLE DAVIS | $ | $ |
| 000435 | MILDRED DEPALMA AS TRUSTEE | $ | $ |
| 000436 | DOMENIC DESANTIS | $ | $ |
| 000437 | SHIRLEY DEWHURST | $ | $ |
| 000438 | KEN OR LINDA DOBSON | $ | $ |
| 000439 | ELIZABETH DOHERTY | $ | $ |
| 000440 | HELEN E DUNCAN | $ | $ |
| 000441 | FERN EDGMON | $ | $ |
| 000442 | ROBERT P ELMORE | $ | $ |
| 000443 | SHIRLEY ELMORE | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000444 | CLYDE ESTES | $ | $ |
| 000445 | JOHN EULESS, EX.EST REBA EULESS | $ | $ |
| 000446 | MAUD FARRELL | $ | $ |
| 000448 | CHARLES AND SHIRLEY FOWLER | $ | $ |
| 000449 | SHIRLEY FOWLER | $ | $ |
| 000450 | CARROLL FROCK | $ | $ |
| 000451 | DOROTHY FROCK | $ | $ |
| 000452 | BETTY & ERNEST GAMACHE, TRUSTEES | $ | $ |
| 000453 | NADINE GARCIA | $ | $ |
| 000454 | FRANK & DARLA GARDNER TRUSTEES | $ | $ |
| 000455 | STANTON L GIBBONS | $ | $ |
| 000456 | LARRY E AND JANICE GLISPEY | $ | $ |
| 000457 | DONALD S AND LYDIA M GLOVER | $ | $ |
| 000458 | RONNIE K GRIFFITH | $ | $ |
| 000459 | PAUL AND SHIRLEY C GREGORY | $ | $ |
| 000460 | RHEA GRAY | $ | $ |
| 000461 | JAMES OR ANTOINETTE BRAGER | $ | $ |
| 000462 | MARLENE BRICE | $ | $ |
| 000463 | HAZEL BROWN AS TRUSTEE | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000464* | ROBERT AND LILLIAN BURGESS | $ | $ |
| *000465* | LENORA CAIRNES | $ | $ |
| *000466* | ADAM J CASILLAS | $ | $ |
| *000467* | RAYMOND CASTILLO | $ | $ |
| *000468* | CHERIE L TREADWAY-CHARTRAND | $ | $ |
| *000469* | COLONIAL FAMILY LIMITED PARTNERSHIP | $ | $ |
| *000470* | CARL COMBS | $ | $ |
| *000471* | STACY KELLER-MOORE AND DENISE KELLER | $ | $ |
| *000472* | VERA G KELLER | $ | $ |
| *000473* | MICHAEL D KETCHAM | $ | $ |
| *000474* | GEORGES A JOLLY | $ | $ |
| *000475* | DENNIS AND CECLIA KAVANAGH | $ | $ |
| *000476* | LOIS JOHNSON | $ | $ |
| *000477* | JEANETTE L JOHNSON | $ | $ |
| *000478* | DORIS JOBERG | $ | $ |
| *000479* | LAURENE JENSEN | $ | $ |
| *000480* | CARL LAUGHLIN | $ | $ |
| *000481* | ERMERL LEY | $ | $ |
| *000482* | DAVID S AND BEVERLY ANN LOHS | $ | $ |
| *000483* | ERNEST LONG | $ | $ |
| *000484* | WILLIAM LOWELL | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000485 | ROBERT N AND MARY JANE LYNUM | $ | $ |
| 000486 | MOLLIE LUNG | $ | $ |
| 000487 | HERTHA LOWELL | $ | $ |
| 000488 | GLADYS MCMASTER | $ | $ |
| 000489 | ANNE B MCMANUS | $ | $ |
| 000490 | KEITH MCGEE | $ | $ |
| 000491 | PATRICIA MCGARRAUGH | $ | $ |
| 000492 | BETTY JEAN MEGEE AS TRUSTEE | $ | $ |
| 000493 | JOHN B AND MISAKO MCCLUHAN | $ | $ |
| 000494 | LYLE L AND DORORTHY MCCLEERLY | $ | $ |
| 000495 | DOLPHUS MCALISTER | $ | $ |
| 000496 | SANDRA J MATHENY | $ | $ |
| 000497 | MAJORIE MARTIN | $ | $ |
| 000498 | FRANCIS J MARTIN | $ | $ |
| 000499 | CORA MACE | $ | $ |
| 000500 | GARY MADSON | $ | $ |
| 000502 | TIMOTHY AND ROBIN MELROSE | $ | $ |
| 000503 | GERALDINE J MELTON | $ | $ |
| 000504 | CONNIE MEREGILLANO | $ | $ |
| 000505 | FRANK MOGLIOTTI AS TRUSTEE | $ | $ |
| 000506 | JOE E MONGER | $ | $ |
| 000507 | CHARLES MOORE | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000508 | PETE AND HELEN SLAVICH | $ | $ |
| 000509 | LEONARD SIMINTON AS TRUSTEE | $ | $ |
| 000510 | VIRGIL and BONNIE SENESCALL | $ | $ |
| 000511 | MERVIN SCHMIDT AS TRUSTEE | $ | $ |
| 000512 | DUANE O SCHAUER | $ | $ |
| 000513 | LILLIAN SALWASSER | $ | $ |
| 000514 | JACK SALWASSER | $ | $ |
| 000515 | GEORGE and DOROTHY L RUPP | $ | $ |
| 000516 | MAYER ROSENBAUM AS TRUSTEE | $ | $ |
| 000517 | SUSAN ANN JEFFREY | $ | $ |
| 000518 | ALBERTO and EMILA ROSA | $ | $ |
| 000519 | ANN L ROPER | $ | $ |
| 000520 | STEVEN E ROGOSHESKE | $ | $ |
| 000521 | TREVA RIMBY | $ | $ |
| 000522 | TREVA RIMBY, as personal representative | $ | $ |
| 000523 | WILLIAM and ELIZABETH RICKENBACK | $ | $ |
| 000524 | RUTH G RICHARDSON AS TRUSTEE | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000525 | CALVIN E and VIRGINIA RICHARDSON | $ | $ |
| 000526 | SARAH A REUTER AS TRUSTEE | $ | $ |
| 000527 | LIGIA RENEDO | $ | $ |
| 000528 | PALMER OR ELAINE REMMEM | $ | $ |
| 000529 | BRUCE OR MANGALIKA REIMER | $ | $ |
| 000530 | JOHN ARTHUR REGAN AS TRUSTEE | $ | $ |
| 000531 | EMALENE RATZLAFF AS TRUSTEE | $ | $ |
| 000532 | RICHARD and LAURA RAY | $ | $ |
| 000533 | BOBBY L RABER | $ | $ |
| 000534 | KAY PRALLE AS TRUSTEE | $ | $ |
| 000535 | JAMES R PRALLE AS TRUSTEE | $ | $ |
| 000536 | JOHNNIE POPLIN | $ | $ |
| 000537 | CHARLES WINEBARGER AS TRUSTEE | $ | $ |
| 000538 | MARIE WIRT | $ | $ |
| 000539 | MARY WINTON | $ | $ |
| 000540 | DONALD W WINTON | $ | $ |
| 000541 | DONALD L & DONALD W WINTON | $ | $ |
| 000542 | BILLIE J WINTON | $ | $ |
| 000543 | DONALD L WINTON | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000544 | JOAN WIRTHMAN | $ | $ |
| 000545 | TOM and NANCY WOHNOUTKA | $ | $ |
| 000546 | DAVID D NELSON | $ | $ |
| 000547 | RICHARD WILSON | $ | $ |
| 000548 | VIVIAN S WILLIAMS AS TRUSTEE | $ | $ |
| 000549 | LUTHER WILSON AS TRUSTEE of 2 | $ | $ |
| 000550 | CLEORA LACLARE AS TRUSTEE | $ | $ |
| 000551 | JAMES WILCOX | $ | $ |
| 000552 | GERA WILCOX | $ | $ |
| 000553 | MELVIN WHITE | $ | $ |
| 000554 | BONNIE J WESTRUP AS TRUSTEE | $ | $ |
| 000555 | ELIZABETH WEINZ | $ | $ |
| 000556 | JOHN VONDERHARR | $ | $ |
| 000557 | META WEISS | $ | $ |
| 000558 | FUMIKO TRULL | $ | $ |
| 000559 | RUTH THOMPSON | $ | $ |
| 000560 | CHIE OSUNA | $ | $ |
| 000561 | LYNN NELSON | $ | $ |
| 000564 | RUBIN and TINA NOURIAN | $ | $ |
| 000565 | ROBERT and MARY O'BRIEN | $ | $ |
| 000566 | SARAH OGIER | $ | $ |
| 000567 | ANGIE C ORTEGA | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000568 | A LLOYD OSTENDORF | $ | $ |
| 000569 | RITA H OSTENDORF | $ | $ |
| 000570 | JUDITH MORIN | $ | $ |
| 000571 | RENEE C NAVICK | $ | $ |
| 000572 | ANNA B ANDERSON AS TRUSTEE | $ | $ |
| 000574 | FRANKLIN PHILLIPS | $ | $ |
| 000575 | CARL S and BETTY A PAVLOSKY | $ | $ |
| 000576 | ROBERT PARSONS | $ | $ |
| 000577 | LORRAINE PARSONS | $ | $ |
| 000578 | VERA PADGETT AS TRUSTEE | $ | $ |
| 000579 | SALVATORE and VITA SORESI | $ | $ |
| 000580 | SALVATORE SORESI | $ | $ |
| 000581 | DORIS SNIDER | $ | $ |
| 000582 | Linda Kay Walker | $ | $ |
| 000583 | LOUISA SMITH AS ATTY IN FACT | $ | $ |
| 000584 | JAMES and EVELYN SMITH | $ | $ |
| 000585 | GEORGE POPLIN | $ | $ |
| 000586 | JOHN R PIRA, SR AS TRUSTEE | $ | $ |
| 000587 | AMELIA M PIRA/DELORES M VALENTE | $ | $ |
| 000588 | GERALDINE PIMENTEL AS TRUSTEE | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000589* | GENEVA PHILLIPS | $ | $ |
| *000590* | RE OR ELLEN THARP | $ | $ |
| *000591* | ELFRIEDE TAVERNIER | $ | $ |
| *000592* | ORRIN HAYS SWAYZE | $ | $ |
| *000593* | NEAL SWANSON | $ | $ |
| *000594* | BERNADINE SWANSON | $ | $ |
| *000595* | EVELYN STEWART | $ | $ |
| *000596* | JOHN STEELE | $ | $ |
| *000598* | HARRY JOBERG | $ | $ |
| *000599* | WILLIAM T. HOFFART | $ | $ |
| *000600* | HIROSHI TANIOKA | $ | $ |
| *000601* | MIKE and VERONICA MEHILL | $ | $ |
| *000602* | LORRAINE BERG | $ | $ |
| *000603* | DOLORES VALENTE | $ | $ |
| *000604* | SAMUEL R HUNTER | $ | $ |
| *000605* | SAMUEL R and EARL D HUNTER | $ | $ |
| *000606* | CONNIE JO and INNES FLORES | $ | $ |
| *000607* | ADRIA PINE | $ | $ |
| *000608* | VERNA WILKERSON | $ | $ |
| *000609* | WILLIAM H. NORDEEN | $ | $ |
| *000610* | JACK D. SMITH | $ | $ |
| *000611* | RICHARD O. TOLES | $ | $ |
| *000612* | EVERETT R. ADAMS, JR. | $ | $ |
| *000613* | HELEN E KASPARIAN | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000614 | BORGE NIELSEN | $ | $ |
| 000615 | Susan Eastman, Ex. Est. John G. Melleky | $ | $ |
| 618 | Christopher O. Teagarden | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000330 | MRS. MIDIE VOGL | $ | $ |
| 000331 | DR. KATTINGERI RAO | $ | $ |
| 000332 | SAGRARIO E. RODRIGUEZ | $ | $ |
| 000334 | FAYAZ ASGHAR, M.D. | $ | $ |
| 000343 | ALBERTO ROSA | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $    .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.   If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:_____  By:/s/SUSAN WOODARD_____
                                                  Trustee

*SUSAN WOODARD*
*P O BOX 7828, ST. PETERSBURG, FL 33734-7828*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.